# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 16, 2019

158276

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellant,

v

LANCE DUANE THORNTON,
   Defendant-Appellee.
_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 158276
COA: 342879
Oakland CC: 2016-258686-FC

   On order of the Court, the application for leave to appeal the June 27, 2018 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 16, 2019



Clerk

a0109